TRACY L. WILKISON
Acting United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
JONATHAN GALATZAN (Cal. Bar No. 190414)
Assistant United States Attorney
Chief, Asset Forfeiture Section
     1400 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-2727
     Facsimile: (213) 894-0142
     E-mail:    Jonathan.Galatzan@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| IN THE MATTER OF THE SEIZURE OF $76,000.00 IN U.S. CURRENCY | CR MISC. No. 2:21-CM-223<br><br>STIPULATION TO EXTEND THE DEADLINE TO FILE CIVIL FORFEITURE COMPLAINT<br><br>[PROPOSED ORDER LODGED CONTEMPORANEOUSLY HEREWITH] |
|---|---|

It is hereby stipulated by and between the United States of America ("United States") and claimant Carlos Gomez-Munoz, ("claimant"), by and through his attorney, James Drake, as to $76,000.00 in U.S. Currency seized during a traffic stop on March 23, 2021 (the "seized asset"), as follows:

1.   Claimant has filed a written claim in the administrative forfeiture proceedings with the Drug Enforcement Administration ("DEA") with respect to the seized asset.

2.   The government asserts DEA has sent the written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties.  Under 18 U.S.C. § 983(a)(2)(A)-(E), the time has

either expired or been tolled for any person to file a claim to the seized asset. No person other than claimants have filed claims to the seized asset as required by law in the administrative forfeiture proceedings.

3. Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for forfeiture against the seized asset and/or to obtain an indictment alleging that the seized asset is subject to forfeiture within 90 days after a claim has been filed in the administrative forfeiture proceedings, which in this case is September 6, 2021, but the statute provides for an extension of this date by court order or upon agreement of the parties.

4. As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to extend to December 5, 2021, the time in which the United States is required to file a complaint for forfeiture against the seized asset and/or to obtain an indictment alleging that the seized asset is subject to forfeiture, so that the parties can determine whether a resolution is appropriate without the government having to initiate a judicial forfeiture action.

5. Claimant knowingly, intelligently, and voluntarily gives up any rights he may have under 18 U.S.C. § 983(a)(3)(A)-(C) to require the United States to file a complaint for forfeiture against the seized asset and/or to obtain an indictment alleging that the seized asset is subject to forfeiture by September 6, 2021, and any rights they may have to seek dismissal of any complaint and/or any forfeiture allegation in an indictment on the ground that it was not filed or returned on or before such date.

NOW, THEREFORE, the parties hereto, by and through their respective attorneys, hereby STIPULATE AND REQUEST that the

government's time to file a complaint for forfeiture against the seized asset and/or to obtain an indictment in connection with the seized asset be extended to and including December 5, 2021.

Dated: September 01, 2021         Respectfully submitted,

TRACY L. WILKISON
Acting United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division

  */s/ Jonathan Galatzan*
JONATHAN GALATZAN
Assistant United States Attorney
Chief, Asset Forfeiture Section

Attorneys for Plaintiff
UNITED STATES OF AMERICA

Dated: September 01, 2021         

JAMES DRAKE, ESQ.

Attorney for Claimant
CARLOS GOMEZ-MUNOZ

**PROOF OF SERVICE BY MAIL**

I am over the age of 18 and not a party to the within action.  I am employed by the Office of the United States Attorney, Central District of California.  My business address is 312 North Spring Street, Suite 1400, Los Angeles, California 90012.

On September 1, 2021, I served a STIPULATION TO EXTEND THE DEADLINE TO FILE CIVIL FORFEITURE COMPLAINT on each person or entity named below by enclosing a copy in an envelope addressed as shown below and placing the envelope for collection and mailing on the date and at the place shown below following our ordinary office practices.

**TO:** **James Drake, Esq.**
**Drake Legal Group**
**620 Newport Center Drive, Suite 1100**
**Newport Beach, CA  92660**

_X_  I am readily familiar with the practice of this office for collection and processing correspondence for mailing.  On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on: September 1, 2021 at Los Angeles, California.

/s/ Gabriela Arciniega
**Gabriela Arciniega**